Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
          Attorney for Defendant Walsh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **YANKO GRATREAK**, | ) Case No. 3:19-cv-01870-AR |
| | ) |
| Plaintiff, | ) **DEFENDANT-MARK** |
| | ) **WALSH'S PARTIAL** |
| v. | ) **MOTION FOR SUMMARY** |
| | ) **JUDGMENT** |
| **THE STATE OF OREGON**, by and through | ) |
| its **DEPARTMENT OF HUMAN** | ) |
| **SERVICES**; **MARK WALSH**, an individual; | ) |
| **KATE GUY**, an individual, **STACEY** | ) |
| **DAESCHNER**, an individual; **DOES I, II** and | ) |
| **III**, as individuals; and, **FARIBORZ** | ) |
| **PAKSERESHT**, in his official capacity as the | ) |
| Director of DHS, | ) |
| | ) |
| Defendants. | ) |

Defendant Mark Walsh moves for partial summary judgment pursuant to Fed. R.

Civ. P. Rule 56.

////

////

1 — DEFENDANT-MARK WALSH'S PARTIAL MOTION FOR SUMMARY JUDGMENT
ADC:mom\W:\CLIENTS\WA18556\001\01125315.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ▪ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ▪FACSIMILE (503) 370-4302**

## LR 7-1 CERTIFICATION

The undersigned certifies that he has conferred in good faith with opposing counsel and the parties do not agree on this motion.

## MOTION

In an effort to minimize duplicative briefing, Mr. Walsh respectfully joins co-Defendant Stacey Daeschner's Partial Motion for Summary Judgment regarding the Fourth Claim for Relief. *See, State Defendants' Motion for Partial Summary Judgment,* at 4. Like Ms. Daeschner, Mr. Walsh is not alleged to have ever served as Y.G.'s permanency worker. Instead, Ms. Daeschner has submitted a declaration attesting that Y.G.'s permanency worker was Jackie Nix, and that Ms. Nix was overseen by DHS supervisor Chad Blackman. Daeschner Declaration, ¶ 3. Mr. Walsh oversaw the entire office (Comp.¶ 5) and, as noted, was not Y.G.'s permanency worker.

For this reason, Mr. Walsh respectfully joins Ms. Daeschner's partial Motion for Summary Judgment regarding Claim Four. Because Mr. Walsh simply joins Ms. Daeschner's Motion, he does not offer separate points and authorities but instead, adopts Ms. Daeschner's as his own.

////

////

////

////

////

////

ADC:mom\W:\CLIENTS\WA18556\001\01125315.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

<u>CONCLUSION</u>

Based on the points and authorities raised in Ms. Daeschner's Motion and adopted

herein, Mr. Walsh respectfully prays for partial summary judgment (Claim Four) in his

favor.

Dated this 7th day of June, 2024.

HELTZEL WILLIAMS PC


<u>s/Andrew D. Campbell</u>
Andrew D. Campbell, OSB #022647
Attorney for Defendant Mark Walsh
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DEFENDANT-MARK WALSH'S PARTIAL MOTION FOR SUMMARY JUDGMENT** on:

| | |
|---|---|
| James M. Healy<br>Ryan S. Jennings<br>The Gatti Law Firm<br>235 Front Street SE, Ste 200<br>Salem OR 97302<br>Email: jhealy@gattilaw.com<br>Email: rjennings@gattilaw.com<br>   Attorneys for Plaintiff | James S. Smith<br>Aaron D. Kelley<br>Department of Justice, Trial Division<br>100 SW Market Street<br>Portland, OR 97201<br>Email: james.s.smith@doj.state.or.us<br>Email: aaron.kelley@doj.state.or.us<br>   Attorneys for Defendant State<br>   of Oregon, Department of Human<br>   Services; Daeschner; Pakseresht;<br>   Does; |

Elizabeth E. Lampson
Davis Rothwell Earle & Xochihua PC
200 SW Market Street, Suite 1800
Portland, OR 97201
Email: elampson@davisrothwell.com
   Attorney for Kate Guy

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 7th day of June, 2024.

HELTZEL WILLIAMS PC


s/Andrew D. Campbell
Andrew D. Campbell, OSB #022647
Attorney for Defendant Mark Walsh
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
Email: Andrew@heltzel.com