Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
    Attorney for Defendant Walsh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **YANKO GRATREAK**, <br><br> Plaintiff, <br><br> v. <br><br> **THE STATE OF OREGON**, by and through its **DEPARTMENT OF HUMAN SERVICES**; **MARK WALSH**, an individual; **KATE GUY**, an individual, **STACEY DAESCHNER**, an individual; **DOES I, II** and **III**, as individuals; and, **FARIBORZ PAKSERESHT**, in his official capacity as the Director of DHS, <br><br> Defendants. | Case No. 3:19-cv-01870-SI <br><br> **MARK WALSH'S UNOPPOSED MOTION TO RESET TRIAL AND MODIFY PRERTIAL ORDER** |

    Defendant Mark Walsh respectfully moves this Court for an order striking the trial date of April 20, 2026, and to convene a second scheduling hearing to reset the trial. This Motion is based on the declaration of counsel.

1 – Mark Walsh's Unopposed Motion To Reset Trial And Modify Prertial Order
Adc:jvg\clients\18556\001\4935-9877-8475

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■FACSIMILE (503) 370-4302**

The current trial date is the first trial setting. The date was set in coordination with counsel during a telephonic appearance before the Court on September 22, 2025. The undersigned promptly notified Mr. Walsh of the trial setting and learned that Mr. Walsh has a family trip out of state and will not return until April 21, 2026. Hence Mr. Walsh would miss the first two days of trial. Mr. Walsh has already paid for this out-of-state trip.

Because this is the first trial setting, counsel acted promptly and no party objects, Mr. Walsh respectfully moves the Court to reset the trial date to a mutually convenient date.

Dated this 22nd day of September, 2025.

        HELTZEL WILLIAMS PC

        s/Andrew D. Campbell
        Andrew D. Campbell, OSB #022647
        Attorney for Defendant Mark Walsh
        PO Box 1048
        Salem, OR 97308
        Phone: (503) 585-4422
        Fax: (503) 370-4302
        Email: Andrew@heltzel.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **MARK WALSH'S UNOPPOSED MOTION TO RESET TRIAL AND MODIFY PRERTIAL ORDER** on:

| | |
|---|---|
| James M. Healy<br>Ryan S. Jennings<br>The Gatti Law Firm<br>235 Front Street SE, Ste 200<br>Salem OR 97302<br>Email: jhealy@gattilaw.com<br>Email: rjennings@gattilaw.com<br>　　Attorneys for Plaintiff | James S. Smith<br>Aaron D. Kelley<br>Department of Justice, Trial Division<br>100 SW Market Street<br>Portland, OR 97201<br>Email: james.s.smith@doj.state.or.us<br>Email: aaron.kelley@doj.state.or.us<br>　　Attorneys for Defendant State of Oregon, Department of Human Services; Daeschner; Pakseresht; Does; |

Elizabeth E. Lampson
Davis Rothwell Earle & Xochihua PC
200 SW Market Street, Suite 1800
Portland, OR 97201
Email: elampson@davisrothwell.com
　　Attorney for Kate Guy

☑ By emailing to said attorney(s) at their above listed email address(es) a true copy thereof.

☑ By electronic filing with the District Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 22nd day of September, 2025.

　　　　　　　　　　　　　　HELTZEL WILLIAMS PC


　　　　　　　　　　　　　　s/Andrew D. Campbell
　　　　　　　　　　　　　　Andrew D. Campbell, OSB #022647
　　　　　　　　　　　　　　Attorney for Defendant Mark Walsh
　　　　　　　　　　　　　　PO Box 1048
　　　　　　　　　　　　　　Salem, OR 97308
　　　　　　　　　　　　　　Phone: (503) 585-4422
　　　　　　　　　　　　　　Fax: (503) 370-4302
　　　　　　　　　　　　　　Email: Andrew@heltzel.com