**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
**Ryan S. Jennings, OSB No. 052931**
rjennings@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-371-2482
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **YANKO GRATREAK,**<br><br>                    Plaintiff,<br><br>    vs.<br><br>**THE STATE OF OREGON,** by and through its **DEPARTMENT OF HUMAN SERVICES; MARK WALSH,** an individual; **KATE GUY,** an individual, **STACEY DAESCHNER**, an individual; **DOES I, II and III**, as individuals; and, **FARIBORZ PAKSERESHT,** in his official capacity as the Director of DHS,<br><br>                    Defendants. | CASE NO. 3:19-cv-01870-SI<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY TRIAL MANAGEMENT ORDER DEADLINES** |

Counsel for Plaintiff conferred with Counsel for Defendants on the substance of this Motion. Counsel for Defendants do <u>not</u> oppose this Motion.

Page 1 – PLAINTIFF'S UNOPPOSED MOTION TO MODIFY TRIAL MANAGEMENT ORDER DEADLINES

This matter is set for Trial to begin April 27, 2026. The Pre-Trial Conference is scheduled for April 13, 2026.

Plaintiff respectfully moves the Court for an Order modifying the pretrial filing deadlines in the Court's Trial Management Order (ECF No. 99) to the following dates:

**Documents Due Friday, January 30, 2026:**

    A. Plaintiff's Trail Exhibit List and Trial Exhibits

    B. Plaintiff's Lay Witness List

    C. Plaintiff's Expert Witness List

    D. Plaintiff's Substantive Evidence Deposition Designation

    E. Plaintiff's Itemized List of Special Damages

    F. Plaintiff's Trial Brief

    G. Plaintiff's Motions in Limine

    H. Plaintiff's Proposed Voir Dire Questions

    I. Plaintiff's Proposed Jury Instructions

    J. Plaintiff's Proposed Verdict Form

**Documents Due Friday February 13, 2026**

    A. Defendant's Exhibit List and Trial Exhibits

    B. Defendant's Lay Witness List

    C. Defendant's Expert Witness List

    D. Defendant's Substantive Evidence Deposition Designations, Including Defendant's Cross-Designations to Plaintiff's Deposition Designations.

    E. Defendant's Trial Brief

    F. Defendant's Motions in Limine

    G. Defendant's Proposed Voir Dire Questions

    H. Defendant's Proposed Jury Instructions

    I. Defendant's Proposed Verdict Form

    J. Defendant's Objections to Plaintiff's Evidence and Responses to Plaintiff's Motions in Limine

**Documents Due Friday, February 27, 2026:**

    A. Plaintiff's Reponses to Defendant's Objections and to Defendant's Motions in Limine

    B. Plaintiff's Reply in Support of Motions in Limine

    C. Plaintiff's Objections to Defendant's Evidence

    D. Plaintiff's Cross-Designation to Defendant's Substantive Evidence Deposition Designations

**Documents Due Friday, March 13, 2026:**

    A. Defendant's Responses to Plaintiff's Objections

    B. Defendant's Reply in Support of Motions in Limine

    C. Plaintiff and Defendant's Joint Status to the Court

    D. Plaintiff and Defendant's Joint Neutral Statement of the Case

    E. Plaintiff and Defendant's Stipulations

    F. Impeachment Evidence and Witnesses

DATED THIS __2nd__ day of December, 2025.

                                                     /s/ James M. Healy
                                                     James M. Healy, OSB No. 123403
                                                     Attorneys for Plaintiff

Page 3 – PLAINTIFF'S UNOPPOSED MOTION TO MODIFY TRIAL MANAGEMENT ORDER DEADLINES

                                                                              The Gatti Law Firm
                                                                  235 Front St SE #200, Salem, OR 97301
                                                                           (503) 363-3443

CERTIFICATE OF SERVICE

    I hereby certify that I caused to be served the foregoing **Plaintiff's Unopposed Motion to Modify Trial Management Order Deadlines** on the date indicated below,

    [X]    Via First-Class Mail with postage prepaid
    [X]    Via Email
    [ ]    Via Facsimile Transmission
    [ ]    Via Hand Delivery
    [ ]    Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

    James S. Smith, Assistant Attorney General
    Oregon Department of Justice, Trial Division
    100 SW Market St.
    Portland, OR 97201
    Email: james.s.smith@doj.state.or.us
    Of Attorneys for Defendants State of Oregon and
    Fariborz Pakseresht

    Andrew D. Campbell
    Hetzel Williams PC
    PO Box 1048
    Salem, OR 97308-1048
    Email: andrew@hetzel.com
    Of Attorneys for Defendant Mark Walsh

    Elizabeth E. Lampson
    Davis Rothwell Earle & Xochihua PC
    200 SW Market St., Suite 1800
    Portland, OR 97201
    Email: elampson@davisrothwell.com
    Of Attorneys for Kate Guy


DATED December 2, 2025.


          *s/ James M. Healy*
          James M. Healy (OSB No. 123403)
          The Gatti Law Firm
          Of Attorneys for Plaintiff