**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
**Ryan S. Jennings, OSB No. 052931**
rjennings@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-697-0841

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| YANKO GRATREAK,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF OREGON, by and through its DEPARTMENT OF HUMAN SERVICES; MARK WALSH, an individual; KATE GUY, an individual; STACEY DAESCHNER, an individual, DOES I, II and III, as individuals; and, FAIRBORZ PAKSERESHT, in his official capacity as the Director of DHS,<br><br>    Defendants. | Case No. 3:19-CV-01870-SI<br><br>**PLAINTIFF'S EXHIBIT LIST** |

    In accordance with the Court's Trial Management Order dated September 22, 2025 (EFC No. 99), Plaintiff respectfully submits the following Exhibit List.

    Plaintiff's submission of Exhibits does not constitute a waiver of any argument regarding the admissibility or inadmissibility of other evidence. Plaintiff reserves the right to withdraw Exhibits pending this Court's rulings at the Pre Trial Conference.

Page 1 -   PLAINTIFF'S EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | DO ADMIT | DO NOT ADMIT |
|---|---|---|---|---|---|---|
| 1. | 2018-02-15 Certificate of Citizenship | | | | | |
| 2. | Oregon Foster Children's Bill of Rights | | | | | |
| 3. | Plaintiff's ODHS Record of Placement History | | | | | |
| 4. | 2019-05-09 Utah DHS Notice of Agency Action | | | | | |
| 5. | 2019-05-10 ODHS Letter to Senate Committee re: Red Rock | | | | | |
| 6. | 2018-11-06 Kim Russell Letter to ODHS | | | | | |
| 7. | 2018-07-13 ODHS Email re: Red Rock | | | | | |
| 8. | 2018-12-04 Forensic Evaluation Report | | | | | |
| 9. | 2018-12-04 ODHS Email re: Plaintiff Accepted to Red Rock | | | | | |
| 10. | 2018-12-04 ODHS ICPC Packet for Red Rock | | | | | |
| 11. | 2019-02-11 CASA Report to CRB | | | | | |
| 12. | 2019-03-26 CASA Report to Juvenile Court | | | | | |
| 13. | 2019-04-09 Nix Letter to Juvenile Court | | | | | |
| 14. | 2019-05-13 CASA Report to Juvenile Court | | | | | |
| 15. | 2019-05-13 CASA f/u Report to Juvenile Court | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16. | 2019-05-13 ODHS Email re: Red Rock Concerns | | | | |
| 17. | 2019-05-15 ODHS Email re: Red Rock Placements (redacted) | | | | |
| 18. | 2019-05-15 ODHS Email re: Red Rock Licensing | | | | |
| 19. | 2019-05-16 ODHS Letter to Sequel Youth | | | | |
| 20. | 2019-05-17 ODHS Email re: Sen. Gelser Red Rock Concerns | | | | |
| 21. | 2019-05-20 ODHS Email re: Red Rock Police Reports | | | | |
| 22. | 2019-05-21 ODHS Email re: Red Rock Conditions | | | | |
| 23. | 2019-05-21 ODHS Email re: Red Rock Culture | | | | |
| 24. | 2019-05-21 ODHS Email re: Plaintiff Remaining at Red Rock | | | | |
| 25. | 2019-05-23 ODHS Email re: Red Rock Site Visit | | | | |
| 26. | 2019-05-24 ODHS Email re: Red Rock Licensing | | | | |
| 27. | 2019-06-12 ODHS Email re: Red Rock Safety Concerns | | | | |
| 28. | 2019-06-27 ODHS Email re: Red Rock Safety Concerns | | | | |
| 29. | 2019-07-08 ODHS Media Release re: Red Rock Closing | | | | |
| 30. | 2019-11-27 ODHS Email w/ OPB re: Sequel Youth | | | | |
| 31. | 2019-12-02 ODHS Email w/ OPB re: Sequel Youth | | | | |
| 32. | 2019-12-09 ODHS Email w/ OPB re: Out of State Placements | | | | |
| 33. | 2012 ODHS Best Practices Child Sexual Abuse Investigation | | | | |
| 34. | 2018-01-26 Dr. Stoyanova Psychiatric Evaluation Report | | | | |
| 35. | 2018-02-01 Slatick Psychological Evaluation Report | | | | |

| 36. | ODHS Language Access Policy | | | | |
|---|---|---|---|---|---|
| 37. | 2019-04-02 Walsh Duty Status Change Letter | | | | |
| 38. | 2019-04-04 Walsh Email re: Duty Status Change | | | | |
| 39. | 2019-04-11 Walsh Duty Status Change Letter | | | | |
| 40. | 2019-06-28 ODHS Pre-Dismissal Letter to Guy | | | | |
| 41. | 2019-07-10 Guy ODHS Separation Agreement | | | | |
| 42. | 2018-11-21 Animal Abuse Charge Petition | | | | |
| 43. | 2019-05-23 Animal Abuse Judgment | | | | |
| 44. | Plaintiff Photo 1 | | | | |
| 45. | Plaintiff Photo 2 | | | | |
| 46. | Plaintiff Photo 3 | | | | |
| 47. | Plaintiff Photo 4 | | | | |
| 48. | Plaintiff Photo 5 | | | | |
| 49. | Plaintiff Photo 6 | | | | |
| 50. | Plaintiff Photo 7 | | | | |
| 51. | 2019-03-26 Tort Notice Response | | | | |
| 52. | 2019-03-22 OTCA Notice | | | | |
| 53. | Impeachment | | | | |
| 54. | Impeachment | | | | |
| 55. | Impeachment | | | | |

| 56. | Reserved | | | |
|-----|----------|--|--|--|
| 57. | Reserved | | | |

DATED:   January   30   , 2026.

                                                THE GATTI LAW FIRM

                                                  /s/ James M. Healy
                                                James M. Healy, OSB #123403
                                                jhealy@gattilaw.com
                                                Ryan S. Jennings, OSB #052931
                                                rjennings@gattilaw.com
                                                235 Front St SE #200
                                                Salem, OR  97301
                                                Phone:  503-363-3443
                                                *Attorneys for Plaintiff*

Page 5 -   PLAINTIFF'S EXHIBIT LIST                                         The Gatti Law Firm
                                                                                               235 Front St SE #200,
                                                                                                Salem, OR 97301