**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
**Ryan S. Jennings, OSB No. 052931**
rjennings@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-697-0841

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| YANKO GRATREAK,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF OREGON, by and through its DEPARTMENT OF HUMAN SERVICES; MARK WALSH, an individual; KATE GUY, an individual; STACEY DAESCHNER, an individual, DOES I, II and III, as individuals; and, FAIRBORZ PAKSERESHT, in his official capacity as the Director of DHS,<br><br>    Defendants. | Case No. 3:19-CV-01870-SI<br><br>**PLAINTIFF'S SUBSTANTIVE DEPOSITION DESIGNATIONS** |

Pursuant to the Court's September 22, 2025 Trial Management Order, ECF No. 99, Plaintiff respectfully submits these Substantive Deposition Designations.

/ / /

Page 1 -  PLAINTIFF'S SUBSTANTIVE DEPOSITION DESIGNATIONS

Plaintiff opts for live witness testimony in lieu of submitting substantive deposition testimony. Plaintiff reserves the right to offer deposition testimony for all other permitted purposes, including impeachment. Additionally, to the extent Defendants submit substantive deposition designations, Plaintiff reserves the right cross-designate.

DATED: January 30, 2026.

        THE GATTI LAW FIRM

        /s/ James M. Healy
        James M. Healy, OSB #123403
        jhealy@gattilaw.com
        Ryan S. Jennings, OSB #052931
        rjennings@gattilaw.com
        235 Front St SE #200
        Salem, OR 97301
        Phone: 503-363-3443
        *Attorneys for Plaintiff*