**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
**Ryan S. Jennings, OSB No. 052931**
rjennings@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-697-0841

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| YANKO GRATREAK,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF OREGON, by and through its DEPARTMENT OF HUMAN SERVICES; MARK WALSH, an individual; KATE GUY, an individual; STACEY DAESCHNER, an individual, DOES I, II and III, as individuals; and, FAIRBORZ PAKSERESHT, in his official capacity as the Director of DHS,<br><br>    Defendants. | Case No. 3:19-CV-01870-SI<br><br>**PLAINTIFF'S ITEMIZED LIST OF SPECIAL DAMAGES** |

    Pursuant to the Court's Trial Management Order dated September 22, 2025 (ECF No. 99) Plaintiff respectfully submits this Itemized List of Special Damages.

/ / /

Page 1 -   PLAINTIFF'S ITEMIZED LIST OF SPECIAL DAMAGES

Subject to modification based on the Court's evidentiary rulings, Plaintiff intends to seek the following special damages:

**Future Medical Care, Treatment, and Services Expenses:** Plaintiff will present evidence that the reasonable cost of his necessary future medical care, treatment, and services totals approximately between $2,250,207.68 and $2,860,729.71 (present value). To establish Plaintiff's need for future medical care, treatment, and services Plaintiff will rely on the expert testimony of Lionel Enns, PhD as detailed in his Fed. R. Civ. P. 26(b) report. To establish the cost of Plaintiff's necessary medical care, treatment, and services Plaintiff will rely on the expert testimony of Nick Choppa as detailed in his Fed. R. Civ. P 26(b) Report. To establish the present value of Plaintiff's necessary medical care, treatment, and services Plaintiff will rely on the expert testimony of Patrick Emerson, PhD as detailed in his Fed. R. Civ. P. 26(b) report.

DATED:  January 30, 2026.

                THE GATTI LAW FIRM

                 /s/ James M. Healy
                James M. Healy, OSB #123403
                jhealy@gattilaw.com
                Ryan S. Jennings, OSB #052931
                rjennings@gattilaw.com
                235 Front St SE #200
                Salem, OR  97301
                Phone:  503-363-3443
                *Attorneys for Plaintiff*