**James M. Healy, OSB No. 123403**
jhealy@gattilaw.com
**Ryan S. Jennings, OSB No. 052931**
rjennings@gattilaw.com
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-697-0841

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| YANKO GRATREAK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF OREGON, by and through its DEPARTMENT OF HUMAN SERVICES; MARK WALSH, an individual; KATE GUY, an individual; STACEY DAESCHNER, an individual, DOES I, II and III, as individuals; and, FAIRBORZ PAKSERESHT, in his official capacity as the Director of DHS,<br><br>　　　　　Defendants. | Case No. 3:19-CV-01870-SI<br><br>**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS** |

　　　　Pursuant to the Court's Trial Management Order dated September 22, 2025 (ECF No. 99)

Plaintiff respectfully submits the following Proposed *Voir Dire* Questions.

/ / /

1. Have any of you ever served on a jury before?

    a. What type of case was it?

    b. What was the outcome of the case?

    c. What did you think of your experience as a juror?

2. Have any of you been either a plaintiff or a defendant to a lawsuit before?

    a. Were you a plaintiff or a defendant?

    b. What was the general nature of the case?

    c. Does that experience make you feel like you would naturally favor one party over the other irrespective of the evidence?

3. Do any of you have any personal or family experience with the state foster system, either as a foster child, foster parent, social worker, or in another capacity?

    a. What is your experience?

    b. Do you consider it either a good experience or bad experience?

4. Do any of you have training, experience or education, or are closely related to someone with training, experience, or education in any of the following fields:

    a. Social work

    b. Law

    c. Public sector work

    d. Healthcare

    e. Psychology or psychiatry

    f. Mental health treatment

    g. Addiction treatment

    h. Law enforcement

    i. Youth services

    j. Education

    k. Risk management

5. Are there any of you for whom English is not your first language, or you are close to someone for whom English is not his/her first language?

    a. What other languages do you speak?

    b. Have you encountered situations where English not being your first language has made things difficult for you?

6. Do any of you have a relative or close friend that has special needs?

    a. What is the general nature of your relationship with that person?

    b. What is the general nature of that person's special needs?

    c. Does that person require public or private services for his or her special needs?

7. Have any of you, or anyone close to you, gone through a major life transition that was particularly difficult – like moving to a new place, or changing schools, or losing an important figure in your life?

    a. What made that experience particularly difficult?

    b. What did you or the person close to you do to get through that difficult transition?

8. Have any of you had experience with a particularly difficult child, beyond the expected norms of childhood difficulties?

    a. What did the child do that made him or her difficult?

    b. How did you address the child's difficulties?

9. Has any juror ever experienced a situation where you felt you were wrongly accused of something?

    a. How did that experience affect you?

10. Has any juror ever been in a situation where you were trying to communicate something important to someone – a doctor, a government office, an employer – but felt like you weren't being heard or understood?

    a. How did that experience affect you?

11. Some people find lawsuits for money distasteful or improper. Are there any jurors that feel this way?

    a. Does that belief make you feel like you would naturally favor one party over the other irrespective of the evidence?

12. Some people think lawsuits are fine but believe you should not be able to get money for psychological injuries or pain and suffering. Are there any jurors that feel this way?

    a. Does that believe make you feel like you would naturally favor one party over the other irrespective of the evidence?

13. Is there any reason we have not discussed that leads you to feel you may favor one side over the other irrespective of the evidence?

DATED: January 30, 2026.

                THE GATTI LAW FIRM

                /s/ James M. Healy
                James M. Healy, OSB #123403
                jhealy@gattilaw.com
                Ryan S. Jennings, OSB #052931
                rjennings@gattilaw.com
                235 Front St SE #200
                Salem, OR 97301
                Phone: 503-363-3443
                *Attorneys for Plaintiff*